GONZÁLEZ HERMANOS, RECURRENTES, *v.* EL REGISTRADOR DE SAN JUAN, SECCIÓN SEGUNDA, RECURRIDO.

RECURSO gubernativo interpuesto contra nota del Registrador de la Propiedad de San Juan, Sección Segunda, denegatoria de la inscripción de un contrato de arrendamiento prorrogado.

No. 471.—Resuelto en enero 21, 1921.

ARRENDAMIENTO PRORROGADO—ARRENDAMIENTO NO INSCRIBIBLE POR FALTA DE CONVENIO.—Una escritura de arrendamiento por tres años vencederos en 31 de diciembre de 1917, otra fechada en junio 14, 1916, prorrogando el contrato hasta diciembre 31, 1920, y otra de fecha junio 27, 1918, extendiéndolo finalmente hasta diciembre 31, 1923, fueron presentadas al registro para inscripción, alegándose comprender los títulos un período, en conjunto, de 9 años. Recurrida la nota que denegó la inscripción por falta de convenio expreso de las partes, *se resolvió* sostener la denegación por no llegar a seis años ninguno de los períodos en que fué extendido el arrendamiento al otorgarse sucesivamente ambas prórrogas.

Los hechos están expresados en la opinión.

Abogado de los recurrentes: *Sr. Juan de Guzmán Benítez.*

El registrador recurrido, Sr. Raúl Benedicto, no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

En escrito de 27 de mayo de 1920 la sociedad González Hermanos solicitó del Registrador de la Propiedad de San. Juan, Sección Segunda, la inscripción de cierto contrato de: arrendamiento de una finca rústica, a cuyo fin acompañó otras: escrituras.

El registrador denegó la inscripción de la escritura de· arrendamiento por ser por un término de menos de seis años, y no contener el consentimiento expreso de las partes que: exige el apartado 5°. del artículo 2 de la Ley Hipotecaria, y también denegó la inscripción de las dos escrituras de prórroga del arrendamiento por no haber sido inscrita previamente la escritura original del arrendamiento.

El recurrente sostiene que el registrador cometió error al no considerar todas las escrituras en conjunto, que eran por un sólo término de nueve años y por consiguiente inscribibles.

La primera escritura de prórroga de arrendamiento fué otorgada en junio 14, 1916, y contenía la estipulación de que el arrendamiento debía prorrogarse por tres años a vencer en 31 de diciembre de 1920. El arrendamiento, según la escritura de su otorgamiento, de 14 de enero de 1915, había de comenzar en primero de enero de 1915 y terminar en 31 de diciembre de 1917. En junio 27, 1918, hubo otra prórroga del término del arrendamiento original, a vencer en 31 de diciembre de 1923. Se habla de cada una de las prórrogas en el sentido de que terminan el día último de diciembre de 1920 y 1923 respectivamente.

No vemos cómo es que las partes hayan manifestado alguna vez su intención de hacer un arrendamiento por nueve años. Se admite necesariamente que el primer arrendamiento fué únicamente por tres años. Al otorgarse la escritura de prórroga de junio 14, 1916, el tiempo que quedaba

por correr del arrendamiento y la prórroga alcanzaba a cuatro años y medio. Asimismo la segunda prórroga de junio 27, 1918, sólo hacía que el arrendamiento y su prórroga empezaran a contarse desde dicha fecha hasta diciembre 31, 1923, faltando por tanto algunos meses para los seis años que es el límite más bajo fijado por la Ley Hipotecaria cuando no existe consentimiento expreso de las partes.

No vemos que fuera jamás presentada ninguna escritura en el registro que en la fecha de su otorgamiento tuviera por objeto un futuro contrato de arrendamiento por término de seis años.

Las notas del registrador deben ser confirmadas.

*Confirmadas las notas recurridas.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.